IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

POLICARDIO R. ARROYO,

                         Plaintiff,                    OPINION & ORDER

        v.
                                                       15-cv-378-jdp
SANDRA WEST,

                         Defendant.

Plaintiff Policardio R. Arroyo filed this civil action under 42 U.S.C. § 1983, alleging that defendant Sandra West refused to assist him in obtaining emergency treatment for what turned out to be internal bleeding that required hospitalization. I recruited Attorney Iana Vladimirova of the law firm of Husch Blackwell for the limited purpose of communicating with the court (1) Arroyo's desire to continue with this case; and (2) his literacy and language abilities and limitations.

Attorney Vladimirova has submitted a letter explaining that Arroyo wishes to pursue this lawsuit, but that he will not be able to represent himself because he is not able to communicate in English. Vladimirova also moves to withdraw from the case now that she has accomplished the task for which she was recruited.

I will grant Attorney Vladimirova's motion to withdraw from further representation of Arroyo. Because Arroyo wishes to continue with the case but will not be able to represent himself, I will attempt to recruit counsel fluent in Spanish to represent him. Because of the large number of requests for counsel this court receives and the additional need to locate a bilingual attorney, Arroyo should expect for the recruitment process to take at least several weeks.

ORDER

IT IS ORDERED that that Attorney Iana Vladimirova's motion to withdraw from the case, Dkt. 34, is GRANTED.

Entered May 5, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge