IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

POLICARDIO R. ARROYO,

    Plaintiff,

v.

                                Case No. 15-cv-378-wmc

SANDRA WEST,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sandra West against plaintiff Policardio R. Arroyo in accordance with the jury's verdict and dismissing this case.

Approved as to form this 29th day of May, 2019.

_____
William M. Conley
District Judge

_____      5/29/19
Peter Oppeneer, Clerk of Court        Date